UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
FEDERAL HOUSING FINANCE AGENCY,                         :
:
                  Plaintiff,                                :
:      19-CV-5207 (JMF)
     -v-                                                :
:      <u>ORDER</u>
WELLS FARGO SECURITIES, LLC f/k/a WACHOVIA  :
CAPITAL MARKETS, LLC,                                    :
:
                  Defendant.                                :
:
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      The parties were required to submit a joint status update within one week of the Second Circuit's decision in *New Jersey Carpenters Health Fund v. NovaStar Mortgage, Inc., et al.*, No. 08-cv-5310 (2d. Cir. Appeal Nos. 19-763 and 19-795).  The Second Circuit issued an opinion on March 14, 2022, and a judgment on June 9, 2022.  *See* 08-CV-5310, ECF Nos. 331, 333.  To date, however, no joint status letter has been filed.  The parties' deadline is hereby EXTENDED, *nunc pro tunc*, to **August 2, 2022**.  If no letter is filed by that date, the Court may dismiss the case for failure to prosecute without further notice.

      SO ORDERED.

Dated: July 26, 2022
       New York, New York
                                                   JESSE M. FURMAN
                                            United States District Judge